125 A.3d 1195

**Bruce L. WISHNEFSKY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 18, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of November, 2015, the order of the Commonwealth Court is hereby **AFFIRMED.**